RECEIVED
JUN 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 94-50068-03 |
| VERSUS | JUDGE DONALD E. WALTER |
| ALFRED LEWIS BROWN | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion to Correct Illegal Sentence [Doc. #1129] filed on behalf of defendant, Alfred Lewis Brown, wherein defendant relies on *Blakely v. Washington*, 124 S.Ct. 2531 (2004) and *United States v. Booker*, 125 S.Ct. 738 (2005).

On January 12, 2005, the United States Supreme Court, in *Booker, supra*, held that *Blakely, supra*, applies to the Sentencing Guidelines. However, the *Booker* Court also determined that their holding would apply to "all cases on direct review." *Booker, supra* at 769. As this matter is no longer on direct review, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24 day of June, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE